Lydia Zimmerman, defendant in error, v. Annie Darmstaetter, plaintiff in error. Gen. No. 25,792.

Action for criminal conversation. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed January 28, 1921.

Sass & Hood, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Pietro Calabresi, plaintiff in error, v. Baltimore & Ohio Chicago Terminal Railroad Company and Chicago, Terre Haute & Southeastern Railroad Company, defendants in error. Gen. No. 25,551.

Action to recover for injuries to person struck by locomotive at crossing. Judgment for defendants. Error to the City Court of Chicago Heights; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed January 28, 1921.

George Remus, for plaintiff in error. Homer T. Dick and Henry D. Sheean, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Henry Hickman, complainant, v. Shirley Hill Coal Company et al., defendants. Mary D. Hickman, appellant, v. Shirley Hill Coal Company et al., appellees. Gen. No. 25,720.

Bill to cancel and reissue certificates of stock. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions. Opinion filed January 28, 1921. Rehearing denied February 9, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Zimmerman, Mack & Garrett, for appellant; Louis W. Mack and George N. B. Lowes, of counsel. Brode B. Davis, for appellees; Edmund P. Kelly, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

W. G. Tennant, defendant in error, v. William G. Grey, plaintiff in error. Gen. No. 25,785.

Action in replevin for an automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Writ dismissed. Opinion filed January 28, 1921.

Cavender & Kaiser, for plaintiff in error. Sabath, Stafford and Sabath, for defendant in error; Thomas M. Zasadil, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.